UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 10-6283-DMG (VBKx)** | Date | November 19, 2010 |
|---|---|---|---|
| Title | *Craig A. Clark v. Liberty Mutual Insurance Company* | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On August 30, 2010, Defendant Liberty Mutual Insurance Company filed a motion to dismiss. Plaintiff Craig A. Clark failed to file any response to the motion, which this Court deemed to be consent to the granting of the motion pursuant to Local Rule 7-12.  Thereupon, the Court, on October 5, 2010, granted Defendant's motion to dismiss allowing Plaintiff 21 days within which to file a first amended complaint. [Doc. # 16.]

More than 21 days have passed since the filing of the October 5, 2010 Order and Plaintiff has failed to file a first amended complaint. Accordingly, Plaintiff is ORDERED to show cause in writing by November 30, 2010, why this action should not be dismissed for lack of prosecution. Plaintiff's failure to file a timely response to this Order shall be deemed his consent to the dismissal of this action without prejudice.

IT IS SO ORDERED.